Judge Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>HONG VAN NGUYEN,<br>LONG DUY TRAN,<br>TRINH TUYET VU,<br>MONICA LE,<br>LIEM DUY NGUYEN,<br>KHANH CONG DANG,<br>CUONG VAN HUYNH,<br>TRU QUOC TRUONG,<br>KHANG THIEN TRAN,<br>LAI NGUYEN,<br>GABRIEL VICTORINO,<br>ANTHONY SAYASACK,<br>TRIEU NGOC DINH<br>　a/k/a "Master Mike", and<br>QUOC SI LE,<br><br>　　　　　　　Defendants. | NO. CR06-307 RSM<br><br>ORDER CONTINUING<br>TRIAL DATE |

THIS MATTER comes before the Court upon a joint motion by the United States and the defendants for a continuance of the trial date. Having considered the entirety of the records and file herein, and having held a status conference on November 8, 2006, the Court rules as follows:

Order Continuing Trial Date - 1
Nguyen, et al./CR06-307 RSM

1    The ends of justice served by the granting of a continuance outweigh the best
2 interests of the public and the defendants in a speedy trial. This case is unusually
3 complex, and all parties request a continuance to allow additional time to prepare for
4 trial. The investigation involved the court-authorized interception of several telephones,
5 and over 20 search warrants. Most of the intercepted calls were in Vietnamese. The
6 discovery is extensive. The Indictment charges three different conspiracy counts against
7 14 defendants, and additional defendants are charged in related cases. The government
8 intends to seek a superseding indictment. Most of the defendants are in custody, which
9 complicates attorney-client conferences, and several do not speak English, making it
10 necessary for counsel to schedule an interpreter when they meet with their clients. The
11 defendants have agreed to waive their speedy trial rights.
12    The court finds that the time period between the filing of this motion and the new
13 trial date is excludable time under the Speedy Trial Act, Title 18 U.S.C. §3161.
14    Trial of this matter is continued until April 23, 2007. Motions shall be due no
15 later than March 15, 2007.
16    DATED this 15 day of November, 2006.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

s/Douglas B. Whalley
DOUGLAS B. WHALLEY
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
(206) 553-4882, Fax: (206) 553-4440
E-mail: douglas.whalley@usdoj.gov
Washington State Bar #4625

Order Continuing Trial Date - 2
Nguyen, et al./CR06-307 RSM

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970